```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LAMAR

                Plaintiff(s)

- against -

BOBBI SIEGEL, ANTOIN HANA, VW CREDIT
LEASING LTD. and MARK S. WOLIN

                Defendant(s)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

Docket No.: 08-CV-005 (PKL)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: WESTBURY, NY
        APRIL 23, 2008

_____
John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant Mark S. Wolin
875 Merrick Avenue
Westbury, New York 11590
516-229-4312

_____
Morgan, Melhuish, Monaghan, Arvidson
Attorneys for Co-Defendant Siegel
39 Broadway, 35th Floor
New York, NY 10006
212-809-1111

_____
Belovin & Franzblau, LLP
Attorneys for Plaintiff(s)
2311 White Plains Road
Bronx, NY 10467
718-655-2900

_____
O'Connor McGuiness Conte Doyle Oleson
Attorneys for Co-Defendant(s)
One Barker Avenue
Suite 675
White Plains, NY 10601
914-948-4500

SO ORDERED:

_____
USDCJ

04/23/2008 16:22 FAX 15162294303 GEICO ☒004
Case 1:08-cv-00005-PKL   Document 2   Filed 04/24/2008 (FAX)   Page 2 of 3   P.001/001
04/23/2008 09:10

04/23/2008 09:56 FAX 15162294303 GEICO ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MICHAEL LAMAR | |
|---|---|
| Plaintiff(s) | STIPULATION DISCONTINUING ACTION WITH PREJUDICE |
| - against - | |
| BOBBI SIEGEL, ANTOIN HANA, VW CREDIT LEASING LTD. and MARK S. WOLIN | Docket No.: 08-CV-005 (PKL) |
| Defendant(s) | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:   WESTBURY, NY
         APRIL 23, 2008

_____
John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant Mark S. Wolin
875 Merrick Avenue
Westbury, New York 11590
516-229-4312

_____
Belovin & Franzblau, LLP
Attorneys for Plaintiff(s)
2311 White Plains Road
Bronx, NY 10467
718-655-2900

Morgan, Melhuish, Monaghan, Arvidson
Attorneys for Co-Defendant Siegel
39 Broadway, 35th Floor
New York, NY 10006
212-809-1111

O'Connor McGuiness Conte Doyle Oleson
Attorneys for Co-Defendant(s)
One Barker Avenue
Suite 675
White Plains, NY 10601
914-948-4500

SO ORDERED:

_____
USDCJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LAMAR

                          Plaintiff(s)

- against -

BOBBI SIEGEL, ANTOIN HANA, VW CREDIT
LEASING LTD. and MARK S. WOLIN

                          Defendant(s)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

Docket No.: 08-CV-005 (PKL)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    WESTBURY, NY
              APRIL 23, 2008

John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant Mark S. Wolin
875 Merrick Avenue
Westbury, New York 11590
516-229-4312

Belovin & Franzblau, LLP
Attorneys for Plaintiff(s)
2311 White Plains Road
Bronx, NY 10467
718-655-2900

Morgan, Melhuish, Monaghan, Arvidson
Attorneys for Co-Defendant Siegel
39 Broadway, 35th Floor
New York, NY 10006
212-809-1111

O'Connor et al
O'Connor McGuiness Conte Doyle Oleson  by
Attorneys for Co-Defendant(s) DT Doyle (7363)
One Barker Avenue          HANA + VW Credit
Suite 675                  Leasing Ltd.
White Plains, NY 10601
914-948-4500

                                      4/24/08
SO ORDERED:
                                 Peter K. Leisure
                                      USDCJ